LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DEBRA LYNN DOUGHERTY, ) ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) ) Defendant. ) ) | CIVIL NO. 2:10-cv-01634-EFB STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 40 days to respond to Plaintiff's motion for summary judgment. The current due date is February 7, 2011. The new due date will be March 19, 2011.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defense Counsel apologizes for the delay in responding and in requesting an extension. Counsel is responsible for keeping up with filing deadlines in five jurisdictions and the Ninth Circuit. Counsel recently took on additional responsibilities including mentoring new attorneys, which requires monitoring their cases in addition to my own. Counsel is also involved in a training program which has

added even more responsibilities.  Because of so many recent new responsibilities, Counsel overlooked the filing deadline in this case.  Counsel apologizes for any inconvenience to the Court and asks the Court to grant this request for an extension.

Respectfully submitted,

Dated: February 14, 2011

/s/ *Ilija Cvetich*
(As authorized via telephone)
ILIJA CVETICH
Attorney for Plaintiff

Dated: February 14, 2011

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  February 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE